AO 106 (Rev. 04/10) Application for a Search Warrant (USAO CDCA Rev. 01/2013)     /s/Stephen C. Hoch 3-25-2024

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. M-24- 257 -AMG
A white 2019 Kia Soul, Vehicle Identification Number )
KNDJN2A20K7914518, Oklahoma License Plate GAK392, )
located at 7300 N. I-35 Service Road, Oklahoma City, OK )
73121. )

FILED MAR 25 2024 CARMELITA REEDER SHINN, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY_____, DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Western____ District of ____Oklahoma____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2114 | Robbery of Mail, Money, or Other Property of the United States |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

CHRIS NICHOLSON, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/25/24

*Judge's signature*

City and state: Oklahoma City, Oklahoma     AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of a white 2019 Kia Soul, Vehicle Identification Number KNDJN2A20K7914518, Oklahoma License Plate GAK392, located at 7300 N. I-35 Service Road, Oklahoma City, OK 73121. | Case No. M-24-     -AMG<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Chris Nicholson, being duly sworn, depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of a white 2019 Kia Soul, Vehicle Identification Number KNDJN2A20K7914518, Oklahoma License Plate GAK392, located at 7300 N. I-35 Service Road, Oklahoma City, OK 73121, (hereinafter referred to as the **Subject Vehicle**) as described in **Attachment A**, for the items specified in **Attachment B** hereto, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States.

2.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since December 2021. I am

currently assigned to the USPIS Fort Worth Division, domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Postal Service (USPS) in violation of federal law. My duties include, but are not limited to, investigating robberies of USPS Letter Carriers in violation of 18 U.S.C. § 2114.

3.  I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

4.  Prior to becoming an Inspector, I worked as a Special Agent with the Naval Criminal Investigative Service from September 2017 to December 2021. From March 2007 to July 2013, I was employed by the Dallas Police Department as a police officer, and from 2013 to 2017, I was employed as a police officer with the City of Kenner, Louisiana. Since becoming a federal agent, I have competed the Criminal Investigator Training Program and NCIS Special Agent Basic Training Academy at the Federal Law Enforcement Training Center (FLETC), in Brunswick, Georgia, which included instruction in the investigation of federal, state, and local crimes.

5.  While working as law enforcement officer, I have conducted numerous investigations resulting in interviews and arrests, and participated

in the execution of approximately 100 search and seizure warrants authorized by federal and state judges.

6. The facts in this affidavit are based on my personal observations, my training and experience, information obtained from other law enforcement officers, my review of documents related to the investigation, and conversations with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant, it does not set forth all of my knowledge about the matter.

7. Based on my training and experience, and the facts set forth herein, there is probable cause to search the **Subject Vehicle**, more fully described in **Attachment A**, for the items specified in **Attachment B**, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States.

8. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

## FACTS SUPPORTING PROBABLE CAUSE

9. On January 4, 2024, at approximately 4:08 p.m., a USPS Letter Carrier, Y.T., was robbed while performing his official duties near 3400

Frostwood Terrace, Del City, Oklahoma 73115, within the Western District of Oklahoma. Y.T. was sorting mail near the back of his vehicle when he was approached by two unknown, teenage black males. The males were wearing black ski masks, dark and long-sleeve hooded sweatshirts, and dark pants. Each male was approximately 5 feet, 7 inches tall, and weighed approximately 165 pounds.

10. At the time they approached Y.T., one of the males brandished a handgun and demanded "the key." USPS letter carriers utilize "Arrow Keys" to perform their duties; Arrow Keys allow letter carriers to open U.S. Mail receptacles within specific zip codes. Because Arrow Keys provide access to U.S. Mail receptacles, they are commonly sought by criminals, and are often the subject of robberies targeting USPS letter carriers.

11. After Y.T. was threatened with the handgun, rather than hand over the Arrow Key, Y.T. removed his USPS vehicle key from his vehicle and handed it to the two males, who fled the scene.

12. USPIS agents arrived after the males fled the scene and interviewed Y.T. After interviewing Y.T, USPIS agents canvassed the area and interviewed an eyewitness, D.D. According to D.D., the males wore similar black clothing, and one male was wearing bright red shoes.

13. Later that day, around 7:55 p.m, while responding to an "erratic driver" call, Midwest City Police Department officers encountered a tan 2013

Hyundai Sonata, bearing Oklahoma License Plate KVV790, at a Valero Gas station located at 2301 S. Air Depot Blvd., Midwest City, Oklahoma, which is approximately four miles away from where the armed robbery of Y.T occurred. The driver of the vehicle was identified as a fifteen year old black male (hereinafter referred to as the **Suspect**) wearing a black, hooded sweatshirt and bright red shoes. Law enforcement discovered that the Hyundai Sonata had been recently stolen, and the **Suspect** was arrested.

14. On March 20, 2024, I reviewed Oklahoma City Police Department reports stating that the **Suspect** had stolen the **Subject Vehicle** on January 4, 2024. I subsequently contacted H.M. who, at the time of the theft, was the owner of the **Subject Vehicle**. H.M. advised that the **Subject Vehicle** was stolen on January 4, 2024, around the same timeframe in which the armed robbery of Y.T. occurred.

15. Law enforcement located the **Subject Vehicle**, which was totaled, in Midwest City on the night of January 4, 2024; the **Subject Vehicle** was later transported to Insurance Auto Auctions, located at 7300 N I-35 Service Road Oklahoma City, Oklahoma 73121, for storage, where it has since remained.

16. H.M. advised that she went to recover her personal items from the **Subject Vehicle** after it was stolen. While retrieving her personal items, she located various items that did not belong to her. These items included

dark-colored clothing, vapes, and empty commercial packaging that was advertised as containing a ski mask. H.M. left these items inside the **Subject Vehicle**, and submitted paperwork to relinquish ownership of the vehicle.

## CONCLUSION

17. Based on the information set forth in this affidavit, I submit that there is probable cause to issue a warrant authorizing a search of the **Subject Vehicle**, further described in **Attachment A**, for the items specified in **Attachment B**, which constitute instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States.

Respectfully submitted,

CHRIS NICHOLSON
Postal Inspector
United States Postal Inspector Service

Subscribed and sworn on this 25th day of March, 2024.

AMANDA MAXFIELD GREEN
United States Magistrate Judge

## ATTACHMENT A

*Property to be searched*

1. The vehicle to be searched is a white 2019 Kia Soul, Vehicle Identification Number KNDJN2A20K7914518, Oklahoma License Plate GAK392, which is currently located at premises owned, maintained, controlled, and operated by Insurance Auto Auctions (IAA), a business located at 7300 N I-35 Service Road, Oklahoma City, Oklahoma 73121. The vehicle is pictured below:





# ATTACHMENT B

*Property to be Seized*

1. All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of 18 U.S.C. § 2114, Robbery of Mail, Money, or Other Property of the United States, specifically:

   a. Any articles of clothing;

   b. Firearms, magazines, ammunition, and firearm components;

   c. Records and indicia to establish the persons who control, possess, or have custody or dominion over property searched and from which evidence is seized, including personal mail, checkbooks, wallets, purses, personal identification, notes, other correspondence, financial documents, keys, photographs, leases, and bills; and

   d. Any evidence constituting United States Postal Service property.